SEP 2 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUADALUPE RODRIGUEZ,          )    No. SA CV 08-747-SVW (PLA)
                              )
                Plaintiff,    )
                              )
         v.                   )    ORDER ADOPTING MAGISTRATE
                              )    JUDGE'S REPORT AND
MICHAEL J. ASTRUE,            )    RECOMMENDATION
COMMISSIONER OF SOCIAL        )
SECURITY ADMINISTRATION,      )
                              )
                Defendant.    )
_____

Pursuant to 28 U.S.S. §636, the Court has reviewed the entire file

de novo, including the magistrate judge's report and recommendation.

The Court agrees with the recommendations of the magistrate judge.

The Court wishes to clarify, for purposes of remand, a specific

portion of the Magistrates Report and Recommendation. The Court notes

that upon remand, the ALJ is to consider the different burdens for

rejecting the opinions of physicians. For both treating and examining

physicians, a physician's "uncontradicted" opinion can only be rejected

for "clear and convincing reasons." <u>Lester v. Chater</u>, 81 F.3d 821, 830 (9th Cir. 1995). Moreover, a treating physician's "ultimate conclusions" can only be rejected for "clear and convincing reasons," regardless of whether they are contradicted. <u>Id.</u> The ALJ should be mindful of this heightened burden for rejecting a treating physician's ultimate conclusions. For both treating and examining physicians, a physician's contradicted opinion can only be rejected for "'specific and legitimate' reasons supported by substantial evidence in the record for so doing." <u>Id.</u> at 830-31. "The ALJ can meet this burden by setting out a detailed and thorough summary of the facts and conflicting clinical evidence, stating his interpretation thereof, and making findings." <u>Embrey v. Bowen</u>, 849 F.2d 418, 421 (9th Cir. 1988). "The opinion of a nonexamining physician cannot by itself constitute substantial evidence that justifies the rejection of the opinion of either an examining physician or a treating physician." <u>Lester</u>, 81 F.3d at 831. The ALJ should be mindful that if she chooses to rely on the testimony of Doctor Sami Nafoosi (a nonexamining physician) to contradict the opinions of the other physicians, she will have to point to an "abundance" of other evidence that supports her decision. <u>Id.</u> The <u>Lester</u> decision is instructive as to what can constitute sufficient additional evidence <u>Id.</u>

ACCORDINGLY, IT IS ORDERED:

1.   The report and recommendation is adopted.

2.   Plaintiff's request for remand is granted.

3.   The decision of the Commissioner is reversed.

4.   The action is remanded to defendant for further proceedings.

5.   Judgement shall be entered consistent with this order.

6.   The clerk shall serve this order and the judgement on all counsel or parties of record.

IT IS SO ORDERED.

DATED: _9/21/10_

_____

STEPHEN V. WILSON

UNITED STATES DISTRICT JUDGE