1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10          **SOUTHERN DIVISION**
11

| | |
|---|---|
| 12  GUADALUPE RODRIGUEZ, | No. SA CV 08-747-SVW (PLA) |
| 13                          Plaintiff, | |
| 14                  v. | **JUDGMENT** |
| 15  MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL | |
| 16  SECURITY ADMINISTRATION, | |
| 17                          Defendant. | |
| 18 | |

19          Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS

20  HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security

21  Administration, is reversed and this action is remanded to defendant for further administrative

22  proceedings.

23

24  DATED: September 21, 2010

25                                    _____
                                      HONORABLE STEPHEN V. WILSON
26                                    UNITED STATES DISTRICT JUDGE

27

28